| DISTRICT | OFF. | DOCKET NO. YR. NUMBER | | FILING DATE MO. DAY YR. | | | J | NATURE SUIT | DIV. | | R | $ DEMAND THOUSANDS | JUDGE | MAG. | COUNTY | JURY DEM. | DOCKET YR. NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0425 | 1 | 88 | 0077 | 1 | 01 | 15 | 88 | 3 | 790 | | | | 30 | 2511 | | 88888 | 88 | 0077 |

**CAUSE:**  **PLAINTIFFS**                                                                                     **DEFENDANTS**

CONNORS, JOSEPH P., SR., PIERCE, DONALD E., JR., MILLER, WILLIAM, JORDAN, WILLIAM B., and DEAN, PAUL R. as Trustees of the UNITED MINE WORKERS OF AMERICA 1950 PENSION TRUST, 1950 BENEFIT PLAN AND TRUST, 1974 PENSION TRUST, and 1974 BENEFIT PLAN AND TRUST

UMWA HEALTH & RETIREMENT FUNDS
4455 Connecticut Avneue, N.W.
Washington, D.C. 20008
(304) 895-3700
(304) 895-3723 (Fax)

S.O.S. MINING, INC., a corporation

Box 179
Premier, WV    24878

SCANNED

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)
29 USC 185 & §502 of Employee Retirement Income Security Act of 1974, 29 USC §1132 for unpaid royalties due under collective bargaining agmt.

MJP

**ATTORNEYS**

Terry M. Jordan, Esquire
McINTYRE, HAVILAND & JORDAN
124 Capitol Street
Charleston, WV   25301

344-3652

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | 01-15-88 | 030731 | 319362 | JS-5 | |
| | | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET                                                          DC-111 (Rev: 1/87)

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1988 | | | |
| Jan. 15 | 1 | COMPLAINT; iss summs & 2 copies, ret. 30 days (fwd. for srv.) | mjp |
| Jan. 21 | 2 | Secy. of State's acceptance of srv. of summs & compl. obo dft., a domestic corp., on 1-20-88 | mjp |
| Jan. 27 | 3 | Secy. State's Notice of complaint/summons ret'd by U.S. Postal Service w/notation: "moved, left no address, box closed" | mlc |
| Mar. 22 | 4 | Ptfs' REQUEST TO CLERK TO ENTER DEFAULT w/supp affid. | mlc |
| | 5 | ENTRY OF DEFAULT BY CLERK against dft. in favor ptf Trustees(cc ptfs' counsel) | mlc |
| Apr. 26 | 6 | Pltf.-Trustees' Mot. for Partial Default Jgmt. w/supp Affidavits w/supp brief | mjp |
| June 23 | 7 | ORDER OF PARTIAL JUDGMENT BY DEFAULT (EVH) judgment by default entered in favor ptf. Trustees & against dft. for $40,069.57, w/10% post judgment interest; Clk to remove this case fr active dkt of Ct. to remain in inactive status unless a pty shall move to reopen for further action; this civil action shall be perm. CLOSED & removed fr active dkt by Clk after 2 yrs fr entry this Order, etc.; (cc counsel & dft. at last known address) | mlc |
| | | CLOSED | mlc |
| July 8 | -- | PRAECIPE; iss Abstract of Judgment in favor ptfs against dft for sum of $40,069.57 (fwd to ptfs' counsel) | mlc |
| 01-16-91 | 8 | **NOTIFICATION** of Change of Address by UMWA Health & Retirement Funds (Noted on face of docket sheet). | pss |